FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:19-cv-00615-SWW

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 04 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Jury Trial: ☑ Yes ☐ No (Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Derrick S. Galvin
ADC # 163461

Address: VSM- P.O. Box 400, Grady, AR 71644

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Wright
and to Magistrate Judge Kearney

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Steven H. Rosenbaum

Position: Director

Place of employment: U.S. Department of Justice

Address: Robert F. Kennedy Bldg, 950 Pennsylvania Ave NW, Ste 5137- Washington, D.C. 20530

Name of defendant: Sally Quillian Yates

Position: Deputy Attorney General

-4-

Name of Defendant: Shaw A. Bray
Position: Interpol Director.
Place of employment: U.S. Justice Department
Address: Robert F. Kennedy Bldg, 950 Pennsylvania Ave NW, Ste 5137 - Washington, D.C. 20530

Name of Defendant: Deborah Leff
Position: Pardon Attorney
Place of employment: U.S. Department of Justice
Address: Robert F. Kennedy Bldg, 950 Pennsylvania Ave NW, Ste 5137 - Washington, DC 20530

Name of Defendant: Donald B. Verrilli
Position: Solicitor General
Place of employment: U.S. Department of Justice
Address: Robert F. Kennedy Bldg, 950 Pennsylvania Ave NW, Ste 5137 - Washington, DC 20530

Name of Defendant: Stacia A. Hylton
Position: Director - (U.S. Marshals)
Place of employment: U.S. Marshal Service
Address: U.S. Marshals Service Headquarters, 2604 Jefferson Davis Hwy - Alexandria, VA 22301

Name of Defendant: Clifton Massanelli
Position: Deputy Officer
Place of employment: U.S. Marshal Service
Address: Richard Sheppard Arnold U.S. Courthouse, 600 W. Capitol Ave, Ste A328 - Little Rock, AR 72201

Name of defendant: David Rutherly
Position: Chief Deputy
Place of employment: U.S. Marshal Service
Address: U.S. Courthouse, 600 W. Capitol Ave, Ste A328 - Little Rock, AR 72201

Name of Defendant: Russell Lasley
Position: Supervisory Deputy.
Place of employment: U.S. Marshal Service
Address: U.S. Courthouse, 600 W. Capitol Ave, Ste A328 - Little Rock, AR 72201

Name of Defendant: Kevin Sanders
Position: Supervisory Deputy
Place of employment: U.S. Marshal Service
Address: U.S. Courthouse, 600 W. Capitol Ave, Ste A328 - Little Rock, AR 72201

Name of Defendant: Beverly Kaplon
Position: Administrative officer
Address: Jonesboro office - Federal Bldg, 615 S. Main St, Ste 311 - Jonesboro, AR 72403
Place of employment: U.S. Marshal Service

Name of Defendant: Bob Clark
Position: Deputy officer    Place of employment: U.S. Marshal Service
Address: Pine Bluff office - Federal Bldg, 100 E. 8th St - Pine Bluff, AR 71601

Name of Defendant: Chis Blevins
Position: Deputy officer
Address: Isaac C Parker Federal Bldg, 30S 6th St, Rm 243 - Forth Smith, AR 72901
Place employment: U.S. Marshals service

Place of employment: U.S. Cabinet
Position: Secretary of Agriculture
Name of defendant: NA
Address: Administration Bldg, 1400 Independence Ave SW, Ste 200A - Washington, DC 20250

Name of defendant: NA
Position: Secretary of Commerce
Place employment: U.S. Cabinet
Address: Herbert Clark Hoover Bldg, 14th St & Constitution Ave NW, Ste 5858 - Washington, DC 20230

Name of defendant: NA
Position: Secretary of Defense
Place employment: U.S. Cabinet / Pentagon
Address: Defense Pentagon, Ste 1000 - Washington, DC 20301-1000

Name of Defendant: NA
Position: Secretary of Education
Place of employment: U.S. Cabinet
Address: 400 Maryland Ave SW, Ste 7W301 - Washington, DC 2020

Name of Defendant: NA
Position: Secretary of Energy
Place of employment: U.S. Cabinet
Address: Forrestal Bldg, 1000 Independence Ave SW, Ste 7A257 - Washington, DC 20585-1000

Name of Defendant: NA
Position: Secretary of Health and Human Services
Place of employment: U.S. Cabinet
Address: Hubert H. Humphrey Bldg, 200 Independence Ave SW, Ste 615F - Washington, DC 20201

Name of employment: NA
Position: Secretary of Homeland Security
Place of employment: U.S. Cabinet
Address: Naval Security Station, Nebraska & Massachusetts Ave NW - Washington, DC 20528

Name of Defendant: NA
Position: Secretary of Labor
Place of employment: U.S. Cabinet
Address: Frances Perkins Bldg, 200 Constitution Ave NW, Ste S2018 - Washington, DC 20210

Name of defendant: NA
Position: Secretary of State
Place of employment: U.S. Cabinet
Address: Harry S. Truman Bldg, 2201 C St NW, Ste 7226 - Washington, DC 20520

Name of Defendant: NA
Position: Secretary of Treasury
Place of employment: U.S. Cabinet
Address: Main Treasury Bldg, 1500 Pennsylvania Ave NW, Ste 3330 - Washington, DC 20220

Name of Defendant: Micheal R. (Mike) Pence
Position: President of the Senate / Vice President
Place of employment: The White House
Address: 1600 Pennsylvania Ave NW - Washington, DC 20500

Name of Defendant: Orrin Hatch
Position: U.S. Senate Official
Place of employment: U.S. Supreme Court
Address: Hart Senate Office Bldg, 2nd St & Constitution Ave NE, Ste 722 - Washington, DC 20516

Name of defendant: Karen L. Haas
Position: U.S. Senate official
Place of employment: U.S. Supreme court
Address: Capitol Bldg, Ste ⦻ H154 - Washington, DC 20515-6601

Name of defendant: Ed Cassidy
Position: U.S. Senate official
Place of employment: U.S. Supreme court
Address: Capitol Bldg, Ste HB25 - Washington, DC 20515-6860

Name of defendant: Rev. Patrick J. Conroy
Position: U.S. Senate official
Place of employment: U.S. Supreme court
Address: Capitol Bldg, Ste HB25 - Washington, DC 20515-6655

Name of Defendant: Theresa Grafenstine
Position: U.S. Senate official
Place of employment: U.S. Supreme court
Address: Ford House office Bldg, 2nd & D Sts SW Ste 386 - Washington, DC 20515

Name of Defendant: Ralp V. Seep
Position: U.S. Senate official
Place of employment: U.S. Supreme court
Address: Cannon House office Bldg, 1st St & Independence Ave SW, Ste 136 - Washington, DC 20515-6711

Name of Defendant: Sandra Lee Strokoff
Position: U.S. Senate official
Place of employment: U.S. Supreme court
Address: Cannon House office Bldg, 1st St & Independence Ave SW, Ste 136 - Washington, DC 20515-6721

Name of Defendant: (Madison Cawthorn?)
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Capitol Bldg, Ste S132 - Washington, DC 20510

Name of Defendant: Barry Black
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Capitol Bldg, Ste S332 - Washington, DC 20510-7002

Name of defendant: Frank J. Larkin
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Capitol Bldg, Ste S151 - Washington, DC 20510

Name of defendant: Steve Scalise
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Cannon House office Bldg, 1st St & Independence Ave SW, Ste 326 - Washington, DC 20515

Name of defendant: Kevin McCarthy
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Capitol Bldg, Ste A329 - Washington, DC 20515-6501

Name of defendant: Steny Hoyer (Hoyer)
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Longworth House office Bldg, Independence & New Jersey Aves SE, Ste 1705 - Washington, DC 20515

Name of Defendant: Mitch McConnell
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Capitol Bldg, Ste 5230 - Washington, DC 20510-7010

Name of Defendant: John Cornyn
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Capitol Bldg, Ste 5208 - Washington, DC 20510

Name of defendant: Laura C. Dove
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Capitol Bldg, Ste 5337 - Washington, DC 20510-7024

Name of Defendant: Charles Schumer
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Capitol Bldg, Ste 5221 - Washington, DC 20510-7020

Name of Defendant: Richard J. Dick Durbin
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Capitol Bldg, Ste 5321 - Washington, DC 20510-7024

Name of Defendant: Gary Myrick
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Capitol Bldg, Ste 5309 - Washington, DC 20510-7024

Name of Defendant: Julie E. Adams
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Capitol Bldg, Ste 5312 - Washington, DC 20510

Name of defendant: Thomas J. (former US Senate)
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Capitol Bldg, Ste H209 - Washington, DC 20515

Name of defendant: Paul O. Irving
Position: U.S. Senate official
Place of employment: U.S. Supreme Court
Address: Capitol Bldg, Ste H124 - Washington, DC 20515

Name of defendant: Kerry W. Kircher
Position: U.S. Senate official
Place of employment: Cannon House office Bldg, 1st St & Independence Ave SW, Ste 219 - Washington, DC 20515

Name of Defendant: Donald J. Trump
Position: U.S. President
Place of employment: U.S White House
Address: 1600 Pennsylvania Ave NW - Washington, DC 20500

Name of defendant: Melanie Trump
Position: U.S. First lady
Place of employment: U.S White House
Address: 1600 Pennsylvania Ave NW - Washington, DC 20500

Place of employment: U.S. Justice Department

Address: Robert F. Kennedy Bldg, 950 Pennsylvania Ave NW, Ste 4141 - Washington, DC 20530

Name of defendant: Stuart Pelery

Position: Associate Attorney General

Place of employment: U.S. Justice Department

Address: Robert F. Kennedy Bldg, 950 Pennsylvania Ave NW, Ste 4633 - Washington, DC 20530

Name of defendant: Michael E. Horowitz

Position: NA

Place of employment: U.S. Justice Department

Address: Robert F. Kennedy Bldg, 950 Pennsylvania Ave NW, Ste 4632 4706 - Washington, DC 20530

II. Are you suing the defendants in:

- ☐ official capacity only
- ☑ personal capacity only
- ☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

      ☐    Court (if federal court, name the district; if state court, name the county):

              _____

      ☐    Docket Number: _____

      ☐    Name of judge to whom case was assigned: _____

      ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      ☐    Approximate date of filing lawsuit: _____

      ☐    Approximate date of disposition: _____

IV. Place of present confinement: **VSM- P.O. Box 400 - Grady, AR 71644**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

    _____ in jail and still awaiting trial on pending criminal charges

    __✓__ serving a sentence as a result of a judgment of conviction

    _____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

           Yes __✓__ No ____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

It's a certain mind and Body technology-(project MK-ultra and mind control technology) Ed. by Axel Balthazar. I have filed civil lawsuits against A.D.C. (Arkansas Department of correction), C.B.S. t.v. Station, Fox t.v. Station, Bounce t.v. Station and other Individuals about using this illegal technology on me to commit sexual, Rapist, torturous, Painful methods. I've have written The White house, President Donald J. Trump, U.S. Justice Department, U.S Marshal Service, U.S. Cabinet Secretaries, U.S. Senator officials, U.S. House of Representative's officials about certain Individuals and t.v. Stations personnell breaking through Varner Unit 1 USM Security System to use the illegal technology to commit Rape, Sex, torture, and Infliction of pain without legal consent or permission. The Individuals who I have filed civil suits against has continued to break through the A.D.C. Security Systems to use this technology on me. U.S. Cabinet, President Donald J. Trump, V.P Mike Pence, U.S. Justice Department, U.S. Marshal, U.S. Senator officials, U.S. House of Representative officials, has not Fulfilled their promise of oath and affirmation that guarantee Peace, protection, and Security that is required for their government positions.

Derrick S. Galvin
A.D.C. #163461
Isolation #4
cell #12

VSM
P.O. Box 400
Grady, AR 71644
D.6

1.

(Deception of law & security) - [Secretary of Agriculture Administration Bldg, 1400 Independence Ave SW, Ste 200 A- Washington, DC 20250, Secretary of Commerce official, Secretary of Defense official, Secretary of Defense official, Secretary of Education official, Secretary of Energy official, Secretary of Health and Human Services official, Secretary of Housing & Urban Development official, Secretary of the Interior official, Secretary of Labor official, Secretary of State official, Secretary of Treasury official, and Secretary of Veterans Affairs (U.S. President [Donald J. Trump] Cabinet) - are responsible for the Duties of Security, Peace, Protection, Investigations, and Interventions. The U.S. Cabinet has knowledge of these Stations, and Individuals using this technology and has not Intervened to fulfill the Duties of Peace, Protection, and Security which leaves me in a predicament of Danger from the Individuals I have filed lawsuits against.

(Deception of law & Security) - [U.S. Justice of Department][Prison Division] (Steven H. Rosenbaum), (Sally Quillian Yates)(Stuart Delery), and (Michael E. Horowitz) are responsible for Duties of Security, Protection, Investigations and Arrest When it's has been enough evidence to approve prosecution from this agency. The U.S. Justice Department and division official has Factual knowledge of these Individuals, Stations, and Companies using this illegal technology on me and they have not Intervened or supplied Security.

(False promises of Protection and Security) - [Legislative Branch 111th Congress], President of the Senate - V.P. Michael R. (Mike) Pence (R-Indiana) (2020), President pro tempore of the Senate - Orrin Hatch (R-Utah), Senate Majority Leader - Mitch McConnell (R-Kentucky), Senate Majority Whip - John Cornyn (R-Texas), Senate Majority Whip - John Cornyn (R-Texas), Secretary for the Majority - Laura C. Dove, Senate Minority Leader - Charles Schumer (D- New York), Senate Minority Whip - Richard J. Dick Durbin (D-Illinois), Secretary for the Minority - Gary Myrick U.S. Senate officials are responsible for Duties of Security, Peace, Protection. The U.S. Senate has knowledge

of these companies and Individuals using this technology to place my life in Danger and they [officials] has not did anything to make these t.v. companies and Individuals stop using this technology on me.

(False promises of protection and security) - Senate Parliamentarian - Elizabeth C. MacDonough, Chaplain of the senate - Barry Black, Sergeant At Arms - Frank J. Larkin. [The House of Representatives], House Majority Leader - Kevin McCarthy (R-California), House Majority Whip - Steve Scalise (R-Louisiana), House Minority Whip - Steny Hoyer (D-Maryland), Clerk of the House - Karen L. Haas, Chief administrative officer - Ed Cassidy, Chaplain of the House of Representatives - Rev. Patrick J. Conroy, Inspector General - Theresa Grafenstine, Office of the Law Revision Counsel - Ralph V. Seep, Office of the Legislative Counsel - Sandra Lee Strokoff, House Parliamentarian - Thomas J. (Tom) Wickham Jr., Sergeant At Arms - Paul D. Irving, Office of the General Counsel - Kerry W. Kircher. U.S. Representators officials are responsible for making laws of the constitution and enforcing the laws of the constitution. The U.S. Representators are responsible for Duties of Security, Peace, and protection for Citizens in the U.S. The U.S. Representators mentioned has knowledge of these companies and Individuals using this technology to place my life in Danger they have failed to do anything to make these t.v. companies and Individuals stop using this technology on me.

(Lack of Security) - [U.S. Marshals] - Stacia A. Hylton (Director), Clifton Massanelli, David Rabbany (Chief Deputy), Russell Lashley (Supervisory Deputy), Kevin Sanders (Supervisory Deputy), Beverly Kaplon (Administrative officer), Bob Clark (Deputy) Mike Oglesby, DeWaine Allen (Chief Deputy), Tim Greer (Supervisory Deputy), Tony Overstreet (Supervisory Deputy), Chris Blevins

3.

(Derrick S. Galvin A.D.C. #163461 Isolation #4 (cell #12) O.G

(Deputy), Jesse Lambert (Deputy), (Deputy) Cory Thomas (Deputy), Karen Reihing (Administrative officer), Lance Hancock (Deputy), Dustin Chastain (Deputy), Johnny Larkin (Deputy), Bob Steiner (Deputy), Matt Bremer (Deputy), Kevin Jarrell (Deputy) officers are responsible for the Duties of law enforcement, Security, Protection, Investigations, and Arrests when it's has been enough physical, Doctrinal, and Circumstantial evidence to prove that A Individual, Company, business, Department or Association is guilty of Federal criminal offenses that will caused enforcement, Intervention, and protection from the U.S. Marshal Service and officers, The Factual Evidence has been proving to make the U.S. Marshal Intervene for my Safety, The U.S. Marshal has failed to Intervene, Protect from this Dangerous Technology.

(False promises of protection and Security) - U.S. President Donald J. Trump has made a oath of affirmation to protect the laws of this Constitution and to enforce the laws of this constitution. Donald J. Trump has made a oath of affirmation to keep all U.S. Citizens Safe from terrorist - In country or out of country, Foriengn country threats, and all Dangerous predicaments that takes away the Safety from a U.S. citizen, I have wrote Donald J. Trump about this illegal technology being used on me and he has failed to make sure these entities Stop using this illegal technology on me.

Derrick S. Galvin H.D.C. #163461
(Isolation #4) cell #12

VSM
P.O. Box 400
Brady, AR 71644

P.6

4.

False promises of protection and security - U.S. First Lady Melanie Trump has made a oath of affirmation to protect the laws of this constitution and to enforce the laws of this constitution. Melanie Trump has made a oath of affirmation to keep all U.S. Citizens safe from terrorist- In country or out of country, Foreign countries threats, and all dangerous predicaments that takes away the safety from a U.S. Citizen, I have wrote the Whitehouse about this illegal technology being used on me and she has failed to make sure these entities stop using this illegal technology on me.

Derrick S. Galvin
Isolation #4 Cell #12
                           D.G.
VSM
P.O. Box 400
Grady, AR 71644

4.

U.S. Marshal's Service- U.S. Marshal's Defendant's is violating my constitutional Amendment's (5), (8), and (14).

U.S. Justice Department- U.S. Justice Department Defendant's is violating my constitutional Amendments (5), (8), and (14).

U.S. President Cabinet- U.S. Cabinet Defendant's is violating my constitutional Amendments (5), (8) and (14).

U.S. Senate officials- U.S. Senate officials is violating my constitutional Amendments (5), (8), and (14).

U.S. House of Representative officials- U.S. Representative officials is violating my constitutional Amendments (5), (8), and (14).

U.S. President Donald J. Trump- Donald J. Trump is violating my constitutional Amendment's (1), (5), (8), and (14).

U.S. First Lady Melanie Trump- Melanie Trump is violating my constitutional Amendment's (1), (5), (8) and (14).

Derrick S. Galvin  
Isolation #4  
Cell #12  

USM  
P.O. Box 400  
Grady, AR 71644  

D.G

5.

Compensatory Damages- Seeking that the U.S. District Court Eastern District make all Defendant's find me a better Security Council that assures peace, protection, and Security.

Compensatory Damages- Seeking that the U.S. District Court Eastern District make all Defendant's find me a new H.D.C. Facility, prison administration, prison Classification Committee, prison Security guards.

Punitive Damages- Seeking that the U.S. District Court Eastern District prosecute all Defendants in this civil Suit and make sure the Defendant's are terminated from being a public official, U.S. public officer, U.S. Federal politician, and a Federal Law Enforcement officer.

Derrick S. Galvin
Isolation #41
Cell #12

V.S.M
P.O. Box 400
Grady, AR 71644
D6.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____

_____

_____


I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __28__ day of __August__, 20_19_.

Derrick S. Gasvin

DGas 8-28-19

Signature(s) of plaintiff(s)

-8-

Derrick S. Galvin # 163461
VSM
P.o. Box 400
Grady, AR 71644

ADC VARNER UNIT
NEOPOS 08/30/20 US PO

(Legal Mail)

(United States District
(Eastern District of A

600 W. Capitol Ave, Roo
Little Rock, AR 72201-