IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DERRICK S. GALVIN | * | |
| ADC #163461 | * | |
| PLAINTIFF | * | |
| | * | |
| V. | * | CASE NO. 4:19CV00615 SWW |
| | * | |
| | * | |
| STEVEN ROSENBAUM, Director, | * | |
| Department of Justice, et al. | * | |
| | * | |
| DEFENDANTS | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommendation received from United States Magistrate Judge Jerome T. Kearney. There have been no objections. The Findings and Recommendation are adopted by the Court in their entirety.

IT IS THEREFORE ORDERED that:

1. Plaintiff Derrick S. Galvin's Motion to Proceed *In Forma Pauperis* [ECF No. 1] is DENIED. If Plaintiff wishes to continue this case, he is required to submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number, within ten (10) days of the date of the Court's Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

1

2. This action is DISMISSED WITHOUT PREJUDICE.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED THIS 3rd DAY OF OCTOBER, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE