# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DERRICK S. GALVIN<br>ADC #163461<br>          PLAINTIFF | |
| V. | CASE NO. 4:19CV00615 SWW |
| STEVEN ROSENBAUM, Director,<br>Department of Justice, et al.<br>          DEFENDANTS | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment would not be taken in good faith.

IT IS SO ORDERED THIS 3rd DAY OF OCTOBER, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE